UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

JS-6

| | |
|---|---|
| Case No. **CV 12-07911 DMG (MANx)** | Date June 25, 2013 |
| Title ***Shelley Regan v. Affiliated Computer Services, Inc., et al.*** | Page 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER DISMISSING ACTION**

On June 4, 2013, the Court issued an Order to Show Cause Re: Lack of Prosecution. [Doc. # 19.] In its Order, the Court cautioned Plaintiff that this action would be dismissed if she failed to respond or file a request for entry of default judgment against Defendant Affiliated Computer Services. Plaintiff has not responded to the Order and the time to do so has now passed. Therefore, this action is **DISMISSED** without prejudice for lack of prosecution.

**IT IS SO ORDERED.**